UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ERNEST FISHER,<br><br>                Petitioner,<br><br>vs.<br><br>DARIN YOUNG, Warden,<br>South Dakota State Penitentiary,<br><br>                Respondents. | 4:17-CV-04102-KES<br><br>ORDER FOR SERVICE |

Petitioner, Ernest Fisher, an inmate at the Mike Durfee State Prison in Springfield, South Dakota, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Based upon the record,

IT IS ORDERED that:

(1) the Clerk of Court is directed to serve upon the respondents and the Attorney General of the State of South Dakota a copy of the petition and this Order;

(2) respondents will file and serve a response to the petition within thirty (30) days after receipt of this Order.

DATED this 27th day of July, 2017.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge