UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ERNEST FISHER, JR., | 4:17-CV-04102-KES |
| Petitioner, | |
| vs. | JUDGMENT |
| WARDEN BOB DOOLEY; and MARTY J. JACKLEY, Attorney General of the State of South Dakota, | |
| Respondents. | |

Pursuant to the Order Adopting the Report and Recommendation and Dismissing Petition, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondents and against petitioner, Ernest Fisher, Jr.

Dated November 30, 2017.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE